**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Peter Benjamin REVTY, Defendant–Appellant.**

**No. 01–50360.**

**D.C. No. CR–00–00902–JTM.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 15, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Peter Benjamin Revty appeals his conviction and forty-one month sentence imposed following his conditional guilty plea to one count of importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. Revty's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Revty has not filed a pro se supplemental brief.

Counsel mentions two potential issues for review, the first challenging the constitutionality of 21 U.S.C. §§ 952 and 960 in

light of *Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed by our decisions upholding these statutes despite *Apprendi*. *See United States v. Varela–Rivera*, 279 F.3d 1174, 1175 n. 1 (9th Cir.2002), and *United States v. Mendoza–Paz*, 286 F.3d 1104, 1109–10 (9th Cir. 2002).

Counsel next mentions the potential issue of whether Revty was wrongly denied a timely preliminary hearing in violation of Rule 5 of the Federal Rules of Criminal Procedure. Because the transcript reveals that on the day of his scheduled preliminary hearing, Revty explicitly agreed to a fourteen day continuance, there was no Rule 5 violation. *See* Fed.R.Crim.P. 5(c) (allowing continuances for good cause with defendant's consent). Moreover, the subsequent return of an indictment established probable cause and rendered any preliminary hearing unnecessary. *See Austin v. United States*, 408 F.2d 808, 810 (9th Cir.1969). Accordingly, the absence of Revty's preliminary hearing did not result in error. *Id.*

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988) discloses no other issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.